```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :       NO. 24-5656
THE ALESCO GROUP, L.L.C.        :
```
---
```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
         v.                     :
                                :       NO. 24-5658
SEARCHBUG, INC.                 :
```

ORDER

AND NOW, this 29th day of April 2024, it is hereby ORDERED that:

(1) Plaintiffs, on or before May 17, 2024, shall file any motions to remand and any supporting briefs.

(2) Plaintiffs, on or before May 24, 2024, shall provide to each Defendant and said Defendant's counsel a list of Covered Persons under Daniel's Law who requested deletion of any privacy information by that defendant and sample forms of Atlas Data Privacy Corporation's Terms of Service. This information shall not be otherwise disclosed until further order of this Court.

BY THE COURT:

/s/ Harvey Bartle III
                                                            J.