**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, | Case No.: 1:24-cv-05656-HB<br><br>Civil Action |
| *Plaintiff,* | |
| v. | **NOTICE OF APPEARANCE** |
| THE ALESCO GROUP, L.L.C., ALESCO AI, LLC, ALESCO MARKETING SOLUTIONS, L.L.C., STAT RESOURCE GROUP INC., RESPONSE SOLUTIONS GROUP, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, | |
| *Defendants.* | |

NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for

Defendant, THE ALESCO GROUP, L.L.C., in the above-entitled action. All further

notices and copies of pleadings, papers, and other relevant material to this action

should be directed to and served upon:

Kory Ann Ferro, Esq.
GREENSPOON MARDER LLP
1037 Raymond Blvd, Suite 900

1

Newark, New Jersey 07102
Tel: 732-456-8746
Fax: 732-957-2314
Email: KoryAnn.Ferro@gmlaw.com

DATED:  April 30, 2024.                    Respectfully submitted,


*/s/ Kory Ann Ferro*
**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8734 or 8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant The Alesco Group,*
*L.L.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **30th** day of April, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Kory Ann Ferro*

Kory Ann Ferro, Esq.
