# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**             **DATE OF PROCEEDINGS:** 5/7/20/24

**JUDGE:** Harvey Bartle, III

**COURT REPORTER:** Ann Marie Mitchell

**OTHERS:**             **DOCKET NO:** CR #24-5656

**TITLE OF CASE:**

ATLAS DATA PRIVACY CORP.
    (vs)
THE ALESCO GROUP, LLC, ET AL.

**APPEARANCES:**

See Attached List

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

                                     s/David Bruey
                                     Deputy Clerk

Time Commenced:    3:59 PM          Time Adjourned:     4:00 PM

Case 1:24-cv-05656-HB   Document 8   Filed 05/07/24   Page 2 of 2 PageID: 128