# GreenspoonMarder LLP

Kelly Purcaro, Partner
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

September 16, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al v. The Alesco Group, LLC et al* (No. 1:24-cv-05656-HB)
**Joinder in Defendants' Consolidated Reply In Support of Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents the defendant The Alesco Group, LLC ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Reply in further Support of Motion to Dismiss, which was filed under Dkt. No. 54 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.* (No. 1:24-cv-04105-HB). For the reasons set forth in the Consolidated Reply in further Support of Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*Kelly M. Purcaro*

KELLY PURCARO