UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE HARVEY BARTLE III**          **DATE OF PROCEEDING**:   December 10, 2024

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**                    **DOCKET NO.:** 24-5656 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
THE ALESCO GROUP, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:51a.m.    Time Adjourned: 10:52a.m.    Total Time in Court: 0:01