| | |
|---|---|
| **PEM LAW LLP** <br> Rajiv D. Parikh (032462005) <br> Kathleen Barnett Einhorn (040161992) <br> Jessica A. Merejo (288592020) <br> 1 Boland Drive, Suite 101 <br> West Orange, NJ 07052 <br> Tel.: (973) 577-5500 <br> rparikh@pemlawfirm.com <br> keinhorn@pemlawfirm.com <br> jmerejo@pemlawfirm.com | **MORGAN & MORGAN** <br> John A. Yanchunis (*pro hac vice* to be filed) <br> 201 N. Franklin Street, 7th Floor <br> Tampa, FL 33602 <br> Tel.: (813) 223-5505 <br> jyanchunis@forthepeople.com |

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, Jane Doe-1, a law enforcement officer, Jane Doe-2, a law enforcement officer, Scott Maloney, Justyna Maloney and William Sullivan*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, SCOTT MALONEY, JUSTYNA MALONEY and WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> v. <br><br> THE ALESCO GROUP, L.L.C., ALESCO AI, LLC, ALESCO MARKETING SOLUTIONS, L.L.C., STAT RESOURCE GROUP INC., RESPONSE SOLUTIONS GROUP, LLC,, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES *1-10, fictitious names of unknown entities*, <br><br> Defendants. | **Civ. Action No.: 1:24-cv-05656** <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of PEM Law LLP, is hereby entering an appearance as co-counsel for Plaintiffs, Atlas Data Privacy Corporation, as

assignee of individuals who are Covered Persons, Jane Doe-1 and Jane Doe-2, both law enforcement officers, Scott Maloney, Justyna Maloney and William Sullivan in the above-captioned action.

**PEM LAW LLP**

*Attorneys for Plaintiffs*

By: /s/ Jessica A. Merejo
JESSICA A. MEREJO

Dated: April 10, 2025