IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| LABELS & LISTS, INC., et al. | : | NO. 24-4174 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| ACCUZIP, INC., et al. | : | NO. 24-4383 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| JOY ROCKWELL ENTERPRISES, INC., et al. | : | NO. 24-4389 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| THE ALESCO GROUP, L.L.C. | : | NO. 24-5656 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| SEARCHBUG, INC. | : | NO. 24-5658 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY | : | CIVIL ACTION |
| CORPORATION, et al. | : | |
| | : | |
| v. | : | |
| | : | |
| US DATA CORP., et al. | : | NO. 24-7324 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY | : | CIVIL ACTION |
| CORPORATION, et al. | : | |
| | : | |
| v. | : | |
| | : | |
| DARKOWL, LLC, et al. | : | NO. 24-10600 |

<u>ORDER</u>

AND NOW, this 3rd day of November 2025, it is hereby ORDERED that:

(1)  The letter request to stay the court's September 12, 2025 Order in the above cases is DENIED;

(2)  The Court will have on the agenda at a future status conference the issue of merits discovery (as of now, no merits discovery is required to proceed);

(3)  Plaintiffs shall serve any answers to defendants' counterclaims on or before November 19, 2025;

(4)  To the extent motions are filed in lieu of answers, said motions together with supporting briefs shall be filed on or before November 19, 2025;

(5)  Defendants shall file any responsive briefs on or before December 10, 2025; and

(6)  Plaintiffs shall file any reply briefs on or before December 19, 2025.

BY THE COURT:


/s/   Harvey Bartle III
                                                      J.