# EXHIBIT A

| Case | Cause of Action Asserted (Y/N) | | | | |
|---|---|---|---|---|---|
| | **NJCROA** | **CFAA** | **Tortious Interference** | **Civil Fraud** | **Civil Conspiracy** |
| **AccuZIP** | Y | Y | Y | N | N |
| **Alesco** | Y | Y | Y | N | Y |
| **DarkOwl** | Y | N | Y | Y | Y |
| **Joy Rockwell (PCM)** | Y | Y | Y | Y | Y |
| **Searchbug** | Y | N | Y | N | Y |
| **US Data** | Y | Y | Y | Y | Y |

4103856.3