# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACCUZIP, INC., et al.,<br><br>Defendants. | Civ. Action No. 24-04383-HB<br><br>**CERTIFICATE OF SERVICE** |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOY ROCKWELL ENTERPRISES, INC., et al.,<br><br>Defendants. | Civ. Action No. 24-04389-HB |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALESCO GROUP, L.L.C.<br><br>Defendants. | Civ. Action No. 24-05656-HB |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEARCHBUG, INC.<br><br>Defendants. | Civ. Action No. 24-05658-HB |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> US DATA CORPORATION, et al., <br><br> Defendants. | Civ. Action No. 24-07324-HB |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DARKOWL, et al., <br><br> Defendants. | Civ. Action No. 24-10600-HB |

The undersigned certifies that on December 19, 2025, a true and correct copy of the within motion to dismiss, brief in support of motion and proposed order were electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing upon counsel for all parties pursuant to Rule 5 and L. Civ. R. 5.1 and 5.2.

**PEM LAW LLP**

*Attorneys for Plaintiffs*

By: *s/ Rajiv D. Parikh*
     RAJIV D. PARIKH

Dated: December 19, 2025

2