**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
One Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone (973) 577-5500
Emails: rparikh@pemlawfirm.com
           keinhorn@pemlawfirm.com
           jmerejo@pemlawfirm.com

**BIRD MARELLA RHOW LINCENBERG DROOKS NESSIM LLP**
Ekwan E. Rhow (admitted *pro hac vice*)
Elliot C. Harvey Schatmeier (admitted *pro hac vice*)
Bill L. Clawges (admitted *pro hac vice*)
1875 Century Park East, 23rd Fl
Los Angeles, California 90067
Telephone: (310) 201-2100
Email: erhow@birdmarella.com
           ehs@birdmarella.com
           bclawges@birdmarella.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>ACCUZIP, INC., *et al.*,<br><br>                    Defendants. | Civ. Action No. 24-04383-HB |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>JOY ROCKWELL ENTERPRISES, INC., *et al.*,<br><br>                    Defendants. | Civ. Action No. 24-04389-HB |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>THE ALESCO GROUP, L.L.C.<br><br>        Defendants. | Civ. Action No. 24-05656-HB |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>SEARCHBUG, INC.<br><br>        Defendants. | Civ. Action No. 24-05658-HB |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>US DATA CORPORATION, et al.,<br><br>        Defendants. | Civ. Action No. 24-07324-HB |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>DARKOWL, *et al.*,<br><br>        Defendants. | Civ. Action No. 24-10600-HB |

## [PROPOSED] ORDER

**THIS MATTER** having been brought before the Court by Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, and certain individual plaintiffs

(collectively, "Plaintiffs") by and through its counsel, PEM Law LLP and Bird Marella Rhow Lincenberg Drooks Nessim LLP, seeking relief by way of an omnibus Motion to Dismiss Defendants' counterclaims pursuant to F.R.C.P. 12(b)(6), and the Court having considered the papers submitted, opposition papers, arguments of counsel, if any, and good cause appearing:

It is on this _____ day of _____, 2025,

**ORDERED** that Plaintiffs' omnibus Motion to Dismiss is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendants' counterclaims are hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____

Hon. Harvey Bartle, III, U.S.D.J.