

**Jessica A. Merejo, Esq.**
Senior Associate
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1973.567.7832

February 16, 2026

**VIA ECF**
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

        Re:       In re: Daniel's Law Compliance Litigation
                   Civil Action Nos. 24-4045 (People Searchers)
                                24-4075 (DM)
                                24-4080 (Deluxe)
                                24-4103 (Yardi)
                                24-4143 (Civil Data)
                                24-4160 (Scalable Commerce)
                                24-4174 (Labels & Lists)
                                24-4176 (Innovis)
                                24-4178 (Accurate)
                                24-4256 (Zillow)
                                24-4261 (Greenflight)
                                24-4269 (Thomson Reuters)
                                24-4324 (Restoration of America)
                                24-4345 (i360)
                                24-4383 (Accuzip)
                                24-4385 (Snaptix)
                                24-4389 (Joy Rockwell)
                                24-4434 (eMerges)
                                24-4664 (RocketReach)
                                24-5658 (Searchbug)
                                24-5656 (Alesco)
                                24-5775 (Amerilist)
                                24-5600 (Property Radar)
                                24-7324 (U.S. Data)
                                25-8617 (Brooks)
                                25-9224 (Freedomsoft)

4117090.1

Hon. Harvey Bartle, III, U.S.D.J.
February 16, 2026
Page **2** of **3**



Dear Judge Bartle:

    This firm represents plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are covered persons under <u>N.J.S.A.</u> 56:8-166.1(d); and the individual plaintiffs (collectively, "Plaintiffs"), in the above-referenced matters.

    Pursuant to the Court's Order, Defendants were directed to advise Plaintiffs on or before January 21, 2026 whether the New Jersey form confidentiality order was agreeable. Several Defendants have confirmed that they agree to the District of New Jersey's standard form confidentiality order, including Defendant Smarty, LLC (No. 24-4075), Defendant i360, LLC[1] (No. 24-4345), and Defendant Amerilist (No. 24-5775). Plaintiffs intend to file the agreed-upon form confidentiality orders in those matters on February 17, 2026.

    In addition, Defendant eMerges.com (No. 24-4434) has agreed to a separate confidentiality order. Plaintiffs respectfully submit the enclosed proposed confidentiality order for the Court's review and entry in that matter.

    As previously advised, several Defendants do not agree to the proposed form confidentiality order and have provided proposed revisions. Meet-and-confer discussions regarding confidentiality orders remain ongoing with the following Defendants:

- Accuzip (No. 24-4383);
- The Alesco Group, LLC (Alesco AI, LLC) (No. 24-5656);
- DM Group, Inc. (No. 24-4075);
- Deluxe Corp. (No. 24-4080);
- Joy Rockwell Enterprises (No. 24-4389);
- Property Radar (No. 24-5600);
- RocketReach (No. 24-4664);
- Innovis (No. 24-4176);
- Searchbug, Inc. (No. 24-5658);
- Thomson Reuters (No. 24-4269);
- U.S. Data Corp. (No. 24-7324); and
- Zillow (No. 24-4256);

    Accordingly, Plaintiffs respectfully request a brief extension until February 23, 2026 to continue these meet-and-confer efforts and, hopefully, to finalize and submit the remaining proposed confidentiality orders.

---

[1] Plaintiffs inadvertently filed the incorrect confidentiality order and will resubmit the correct version tomorrow.

4117090.1

Hon. Harvey Bartle, III, U.S.D.J.
February 16, 2026
Page **3** of **3**



      Plaintiffs further advise that certain matters have settled, including the actions involving Greenflight Venture Corp. ("Greenflight"), GoHunt, LLC ("GoHunt"), and Brooks Integrated Marketing, LLC ("Brooks"). Stipulations of dismissal have been filed in the GoHunt and Brooks matters. A stipulation of dismissal in the Greenflight matter is forthcoming, and Plaintiffs anticipate filing it by the end of this week. In light of these settlements, confidentiality orders in those matters are no longer necessary.

      Finally, despite Plaintiffs' follow-up, Plaintiffs have not yet received Defendants' positions regarding the proposed confidentiality order from the following Defendants:

- Scalable Commerce, LLC (No. 24-4160);
- Restoration of America (No. 24-4324);
- Freedomsoft303, LLC (No. 25-9224);
- Digital Safety Products, LLC (No. 24-4141);
- Accurate Append, Inc. (No. 24-4178);
- Civil Data Research, LLC (No. 24-4143);
- Compact Information Systems, LLC (No. 24-8451); and
- Labels & Lists, Inc. (No. 24-4174).

      Accordingly, Plaintiffs respectfully submit that the standard New Jersey form confidentiality order should be entered in these matters.

      Plaintiffs remain available to provide any additional information the Court may require.

      Respectfully submitted,

**PEM LAW LLP**
*Attorneys for Plaintiffs*

 *s/ Jessica A. Merejo*
JESSICA A. MEREJO

JAM/

Encl.
cc: All counsel of record (via ECF)

4117090.1