

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

February 17, 2026

Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re: **Unopposed Application for Page-Limit Extension for Omnibus Reply Brief in support of Plaintiffs' Motions to Dismiss Defendants' Counterclaims in:**
> **Atlas Data Privacy Corp. et al. v. AccuZIP, Inc., No. 24-04383**
> **Atlas Data Privacy Corp. et al. v. Joy Rockwell Enter., Inc., No. 24-04389**
> **Atlas Data Privacy Corp. et al. v. Alesco Grp., L.L.C., et al., No. 24-05656**
> **Atlas Data Privacy Corp. et al. v. Searchbug, Inc., No. 24-05658**
> **Atlas Data Privacy Corp. et al. v. US Data Corp., No. 24-07324**
> **Atlas Data Privacy Corp. et al. v. DARKOWL, Inc., No. 24-10600**

Dear Judge Bartle:

  We represent Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, and the Individual Plaintiffs in the above-captioned cases.

  Plaintiffs have moved to dismiss Defendants' counterclaims in these cases. Plaintiffs filed a single omnibus brief in support of that motion, which was separately filed in each of these cases. Defendants filed individually different opposition briefs in each of the cases, which collectively total nearly 200 pages. Plaintiffs wish to draft a single omnibus reply brief to be filed each case. To address the different arguments in the six oppositions, however, Plaintiffs need more than the 15 pages that Local Rule 7.2(b) provides. Plaintiffs ask that this Court allow for their omnibus reply brief to be up to 45 pages, which is still half the length of the combined briefing Plaintiffs would be entitled to were they to file separate reply briefs in each of the six cases.

//

//

4119929.1



    We have conferred with Defendants' counsel in the above-captioned cases, and there is no opposition to the relief this letter seeks.

    Thank you for the Court's consideration of this request

    Respectfully submitted,

**PEM LAW LLP**
*Attorneys for Plaintiffs*

 *s/ Jessica A. Merejo*
JESSICA A. MEREJO

4119929.1