```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                :      CIVIL ACTION
CORPORATION, et al.               :
                                  :
       v.                         :
                                  :
ACCUZIP, INC., et al.             :      NO. 24-4383
_____

ATLAS DATA PRIVACY                :      CIVIL ACTION
CORPORATION, et al.               :
                                  :
       v.                         :
                                  :
JOY ROCKWELL ENTERPRISES,         :      NO. 24-4389
INC., et al.                      :
_____

ATLAS DATA PRIVACY                :      CIVIL ACTION
CORPORATION, et al.               :
                                  :
       v.                         :
                                  :
THE ALESCO GROUP, L.L.C.          :      NO. 24-5656
_____

ATLAS DATA PRIVACY                :      CIVIL ACTION
CORPORATION, et al.               :
                                  :
       v.                         :
                                  :
SEARCHBUG, INC.                   :      NO. 24-5658
_____

ATLAS DATA PRIVACY                :      CIVIL ACTION
CORPORATION, et al.               :
                                  :
       v.                         :
                                  :
US DATA CORP., et al.             :      NO. 24-7324
```

```
ATLAS DATA PRIVACY              :    CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
DARKOWL, LLC, et al.            :    NO. 24-10600
```

ORDER

AND NOW, this 17th day of February 2026, it is hereby ORDERED that the letter request of plaintiffs to file an omnibus reply brief of up to forty-five (45) pages in support of their omnibus motion to dismiss counterclaims of defendants is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                            J.