UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS


**CAMDEN OFFICE**

                                    **DATE OF PROCEEDING**:    March 24, 2026
**JUDGE HARVEY BARTLE III**


**COURT REPORTER:**    META GODDARD


**TITLE OF CASE:**                    **DOCKET NO.:** 24-5656 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
THE ALESCO GROUP, LLC., et al.


**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.


                                    s/Lawrence Macstravic
                                    Deputy Clerk


Time Commenced: 11:52a.m.     Time Adjourned: 11:54a.m.     Total Time in Court:0:02