GREENSPOON MARDER LLP
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Tel.: (732) 456-8734 or 8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com
*Attorneys for Defendant The Alesco Group, L.L.C.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,

*Plaintiff,*

v.

THE ALESCO GROUP, L.L.C., ALESCO AI, LLC, ALESCO MARKETING SOLUTIONS, L.L.C., STAT RESOURCE GROUP INC., RESPONSE SOLUTIONS GROUP, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,

*Defendants.*

Case No.: 1:24-cv-05656-HB

Civil Action

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT THE ALESCO GROUP, L.L.C.**

**PLEASE TAKE NOTICE** that on November 16, 2026 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants The Alesco Group, L.L.C. shall move before the Honorable Judge Harvey Bartle, III, United States District Court for the District of New Jersey, in Courtroom 5D of the above-named Courthouse located at 4 Cooper Street, Camden, New Jersey 08102, to withdraw as counsel to Defendant The Alesco Group, L.L.C.

In support of this request, counsel will rely upon the Certification of Kelly M. Purcaro, Esq. submitted herewith.

DATED: October 21, 2026

Respectfully submitted,

**GREENSPOON MARDER LLP**
*Attorneys for Defendant The Alesco Group, L.L.C.*

*/s/ Kelly M. Purcaro*
Kelly M. Purcaro, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, I filed a true and correct copy of the foregoing with the court and copy a will be served upon all parties of record via CM/ECF and via electronic mail to The Alesco Group, L.L.C.

*/s/ Kelly M. Purcaro*
Kelly M. Purcaro, Esq.